*NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| ERIC HAFNER,<br><br>Plaintiff,<br><br>v.<br><br>PHIL MURPHY, et al.,<br><br>Defendants. | Civ. No. 24-481 (RMB-EAP)<br><br>**MEMORANDUM OPINION** |

**IT APPEARING THAT:**

1. On or about January 1, 2024, Plaintiff Eric Hafner, confined in Essex County Correctional Facility in Newark, New Jersey, filed a *pro se* civil rights complaint for declaratory and injunctive relief under 42 U.S.C. § 1983. (Compl., Dkt. No. 1.) The Complaint has the following heading: "ERIC HAFNER, DEMOCRAT FOR U.S. Congress 2024, STOP CORRUPTION, 8th U.S. CONGRESSIONAL DISTRICT, DISTRICT OF NEW JERSEY." *Id.* Plaintiff sought declaratory and injunctive relief to register him as "a declared 2024 New Jersey Democratic Party Primary U.S. Representative candidate … with full ballot access, placing him on the primary and general election ballot as the Democratic Party candidate" despite his inability to meet the eligibility requirements to appear on the ballot." *Id.* at 7.

2. The same day the Complaint was filed, the Court entered on the docket a copy of the December 2023 Preclusion Order against Plaintiff, which precludes Plaintiff from filing frivolous actions in this Court. ("Preclusion Order" Dkt. No. 2 at 1-2.) Pursuant to the Preclusion Order, this Court has screened the Complaint and found that it is frivolous. Therefore, the Complaint will be dismissed with prejudice. *See* 28 U.S.C. § 1915(A), requiring district courts to screen complaints against government officials and entities and dismiss frivolous suits.

3. After Plaintiff filed an application to proceed *in forma pauperis* on March 1, 2024, Dkt No. 5 ("IFP App.") mail sent to Petitioner by the Court was returned as undeliverable. Dkt. No. 6 ("Mail Returned Notice"). Petitioner has not notified the Court of his change of address. *See* Local Civ. R. 10.1(a) (stating in part "Failure to file a notice of address change may result in the imposition of sanctions by the Court.")

4. Accordingly, the Court will dismiss this action with prejudice and direct the Clerk to serve a copy of this Opinion and the accompanying Order on Plaintiff by regular mail at his last known address.

**Dated: October 7, 2026**

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge